AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 18-20038 |
| ANDREA GRAY | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANDREA GRAY

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to possesss with intent to distribute a controlled substance; and
21 U.S.C. § 841(a)(1) - Possession with intent to distribute a controlled substance.

Date: 02/15/2018

*Issuing officer's signature*

City and state:   Memphis, TN 38103

THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/15/18, and the person was arrested on *(date)* 2/28/18 at *(city and state)* Memphis, TN. |
| Date: 2/28/18 |
| *Arresting officer's signature* |
| Michael Bowling  DUSM |
| *Printed name and title* |